IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01675-PAB-STV

LAURA WITT,

    Plaintiff,

v.

TRAVELERS COMMERCIAL INSURANCE COMPANY,

    Defendant.

---

### NOTICE OF SETTLEMENT

---

    **PLEASE TAKE NOTICE** that the parties reached an agreement on all terms regarding settlement. The parties are currently in the process of generating the settlement paperwork and the parties will file their Stipulation for Dismissal with the Court once the settlements have been signed and settlement funds have been received.

    Respectfully submitted this 5th day of June, 2019.

    ANDERSON HEMMAT, LLC
    *s/ Chad P. Hemmat, Esq.*

    Chad P. Hemmat, Esq.
    5613 DTC Parkway, Suite 150
    Greenwood Village, Colorado 80111
    Phone: (303) 782-9999
    Fax: (303) 782-9996
    chad@andersonhemmat.com
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify on this 5th day of June, 2019, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was electronically filed with the Court and served on the following party via ECF/ PACER:

Max K. Jones, Jr., Esq.
Kyle B. Joyce, Esq.
Montgomery Amatuzio Chase Bell Jones, LLP
4100 East Mississippi Avenue, Suite 1600
Denver, Colorado 80246

*s/ Beth Conaway*
_____
Beth Conaway