IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01675-PAB-STV

LAURA WITT,

    Plaintiff(s),

v.

TRAVELERS COMMERCIAL INSURANCE COMPANY, A CONNECTICUT INSURANCE COMPANY,

    Defendant(s).

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Laura Witt ("Ms. Witt"), and Defendant, Travelers Commercial Insurance Company ("Travelers"), by and through their respective attorneys of record, and hereby jointly stipulate and move the Court to dismiss the claims between these parties, with prejudice, and with each party to assume and pay their own respective attorney's fees and costs herein incurred. As grounds therefor, the parties declare that the claims at issue have been compromised and settled to mutual satisfaction, and that a separate Settlement Agreement and Release has been issued for good and sufficient consideration.

WHEREFORE, Ms. Witt and Travelers request that the Court issue an Order dismissing all claims against Travelers, with prejudice, and with each party to bear their own costs and expenses.

Respectfully submitted June 28, 2019,

| | |
|---|---|
| ANDERSON HEMMAT, LLC | MONTGOMERY AMATUZIO CHASE BELL JONES, LLP |
| By: *s/Jason G. Alleman*<br>  Chad P. Hemmat, Esq<br>  Jason G. Alleman, Esq.<br>  Cameron O. Hunter, Esq. | By: *s/Kyle B. Joyce*<br>  Max K. Jones, Jr.<br>  Justin C. Mankin\ |
| ATTORNEYS FOR PLAINTIFF<br>LAURA WITT | ATTORNEYS FOR TRAVELERS<br>COMMERCIAL INSURANCE COMPANY |

### CERTIFICATE OF MAILING

I hereby certify that, on June 28, 2019, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was prepared for service to the following in the manner indicated below:

*Counsel for Plaintiff:*
Chad P. Hemmat, Esq., Esq.
Jason G. Alleman, Esq., Esq.
Cameron O. Hunter, Esq., Esq.
Anderson Hemmat, LLC
5613 DTC Parkway, Suite 150
Greenwood Village, CO 80111
Chad@AndersonHemmat.com
Jason@AndersonHemmat.com
Cameron@AndersonHemmat.com

☐ U.S. Mail   ☒ E-mail   ☐ ECF

*s/Lisa M. Gruning*
[Signature on File: Lisa M. Gruning]

2